**Scott J. Grossberg (Bar No. 123359)**
**Joseph E. Brick (Bar No. 253132)**
**CIHIGOYENETCHE, GROSSBERG & CLOUSE**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730
(909) 483-1850
(909) 483-1840 (Fax)
sgrossberg@cgclaw.com
josephbrick@cgclaw.com

Attorneys for Defendants
TOWN OF MAMMOTH LAKES
and RUBEN RAMOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| LADELL PRESTON, <br><br> Plaintiff, <br><br> vs. <br><br> TOWN OF MAMMOTH LAKES, CALIFORNIA; RUBEN RAMOS, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | **CASE NO. 2:09-CV-02948-WBS-JFM** <br><br> **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARINGS ON MOTION TO DISMISS AND MOTION TO STRIKE FILED BY DEFENDANT TOWN OF MAMMOTH LAKES** <br><br> *[Filed concurrently with Request to Appear Telephonically at Hearings]* <br><br> DATE:  February 1, 2010 <br> TIME:  2:00 p.m. <br> CTRM:  5 <br><br> ***Assigned to Hon. William B. Shubb*** <br> ***Courtroom 5*** |

The Court, having reviewed and considered the Request of counsel for Defendant TOWN OF MAMMOTH LAKES (hereinafter "TOWN") to appear telephonically at the hearings on the TOWN's Motion to Strike as to Plaintiff's Complaint and Motion to Dismiss Plaintiff's Complaint presently scheduled for February 1, 2010 at 2:00 p.m., in Courtroom 5 of the above-entitled court

---

1

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARINGS ON MOTION TO DISMISS AND MOTION TO STRIKE FILED BY DEFENDANT TOWN OF MAMMOTH LAKES

1  before the Honorable William B. Shubb, and good cause appearing therefor,

2  **IT IS HEREBY ORDERED** that counsel for the TOWN may appear telephonically at the hearings on the TOWN's Motion to Dismiss and Motion to Strike scheduled for February 1, 2010 at 2:00 p.m., in Courtroom 5 of the above-entitled court. The courtroom deputy shall initiate the telephone conference call.

DATED: January 19, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARINGS ON MOTION TO DISMISS AND MOTION TO STRIKE FILED BY DEFENDANT TOWN OF MAMMOTH LAKES