**Scott J. Grossberg (Bar No. 123359)**
**Joseph E. Brick (Bar No. 253132)**
**CIHIGOYENETCHE, GROSSBERG & CLOUSE**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730
(909) 483-1850
(909) 483-1840 (Fax)
sgrossberg@cgclaw.com
josephbrick@cgclaw.com

Attorneys for Defendants
TOWN OF MAMMOTH LAKES
and RUBEN RAMOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| LADELL PRESTON, <br><br> Plaintiff, <br><br> vs. <br><br> TOWN OF MAMMOTH LAKES, CALIFORNIA; RUBEN RAMOS, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | **CASE NO. 2:09-CV-02948-WBS-JFM** <br><br> **ORDER RE: STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** <br> **[F.R.C.P., Rule 41(a)(1)]** |

The Court having fully read the Stipulation of Dismissal of Entire Action, With Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. This action is dismissed in its entirety, with prejudice.

DATED: March 25, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE